UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| RANDY YOUNG, Individually, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No.  2:12-cv-01021 |
| | : | |
| WORTHINGTON GARDENS, | : | JUDGE WATSON |
| an Ohio general partnership, | : | |
| 4300 East Fifth Avenue | : | MAGISTRATE JUDGE ABEL |
| Columbus, Ohio 43219, | : | |
| et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

_____/

## **STIPULATION OF DISMISSAL**

Now come the parties, by and through their undersigned counsel, and pursuant to

Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to the voluntary dismissal of this action in its

entirety, with prejudice.  Each party is to bear its own costs, subject to any applicable settlement

agreement.


/s/ Dustin G. Torres (per telephone authorization)     /s/ Richard T. Miller
Dustin G. Torres, Esq., Of Counsel (0086987)     Richard T. Miller (0055704)
Thomas B. Bacon, P.A.     Vorys, Sater, Seymour and Pease LLP
1900 Polaris Parkway, Suite 450     52 East Gay Street
Columbus, Ohio  43240     Columbus, Ohio  43215
Tel:  (614) 488-5600     Tel:  (614) 464-6448
Fax:  (614) 448-9402     rtmiller@vorys.com
dustin@torreslawllc.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Dustin G. Torres, Esq., Of Counsel
Thomas B. Bacon, P.A.
1900 Polaris Parkway, Suite 450
Columbus, Ohio  43240
Tel:  (614) 488-5600
Fax:  (614) 448-9402
dustin@torreslawllc.com

/s/ Richard T. Miller
Richard T. Miller

2

5/22/2013 16636826